In the Matter of THE TRUSTEES OF CALVARY PRESBY-
TERIAN CHURCH, Respondent, against THE STATE
LIQUOR AUTHORITY et al., Appellants.

(Argued January 6, 1936; decided January 21, 1936.).

*Samuel E. Chasin* and *Benjamin Franklin* for Philip
Amigone, appellant.

*Nelson Ruttenberg* for The State Liquor Authority
et al., appellants.

*Richard H. Templeton* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.